

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | Case No: 19 CR 733-2 |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Rick Owen | ) | |
| Defendant | ) | |

### ORDER

Initial appearance held on 10/24/19 as to defendant Rick Owen. Defendant appears having self-surrendered on 10/24/19. Attorney Steven Saltzman is appointed to represent the defendant. The Government advised the defendant of the charges pending against him and the maximum penalties. The defendant was advised of his rights. The Government and the defendant agree to certain conditions of release. Third-party custodian, Ashlea Ryder was admonished in open Court. The defendant is released on a $25,000.00 unsecured bond. Enter Order Setting Conditions of Release. Without objection, Defendant's oral motion to waive his personal appearance at any further status hearings, unless specifically ordered to appear, is granted. Preliminary examination hearing is set for 11/7/19 at 11:00 a.m. in Courtroom 1041. The defendant is to be released after processing.

(T:00:15)

Date: October 24, 2019

_____
Magistrate Judge Maria Valdez