

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | Case No: 19 CR 733-2 |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Rick Owen | ) | |
| Defendant | ) | |

## ORDER

Preliminary examination hearing held on 11/14/19 as to defendant Rick Owen. Witness testimony taken. The Government rests it case with one witness. Preliminary examination hearing evidence concluded. Defendant Owen did not call any witnesses. Defendants rest.

(T:2:15)

Date: November 14, 2019

Magistrate Judge Maria Valdez